**EXHIBIT 1**



# BUNCH O BALLOONS

| | |
|---|---|
| **Reg. No. 4,709,630** | TINNUS ENTERPRISES, LLC (TEXAS LIMITED LIABILITY COMPANY) |
| **Registered Mar. 24, 2015** | 3429 18TH ST<br>PLANO, TX 75074 |
| **Int. Cl.: 28** | FOR: WATER BALLOONS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50). |
| **TRADEMARK** | FIRST USE 8-30-2014; IN COMMERCE 8-30-2014. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BALLOONS", APART FROM THE MARK AS SHOWN. |
| | SN 86-292,103, FILED 5-27-2014. |
| | KEVIN CORWIN, EXAMINING ATTORNEY |



Director of the United States
Patent and Trademark Office



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Apr 8 03:47:22 EDT 2021

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

*( Use the "Back" button of the Internet Browser to return to TESS)*

# BUNCH O BALLOONS

| | |
|---|---|
| Word Mark | BUNCH O BALLOONS |
| Goods and Services | IC 028. US 022 023 038 050. G & S: water balloons. FIRST USE: 20140830. FIRST USE IN COMMERCE: 20140830 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 86292103 |
| Filing Date | May 27, 2014 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | October 28, 2014 |
| Registration Number | 4709630 |
| Registration Date | March 24, 2015 |
| Owner | (REGISTRANT) Tinnus Enterprises, LLC LIMITED LIABILITY COMPANY TEXAS 3429 18th St Plano TEXAS 75074<br><br>(LAST LISTED OWNER) ZURU (SINGAPORE) PTE. LTD PRIVATE LIMITED COMPANY SINGAPORE 1003 BUKIT MERAH CENTRAL #06-07 SINGAPORE SINGAPORE 159836 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Thomas Dunlap |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BALLOONS" APART FROM THE MARK AS SHOWN |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |

| | |
|---|---|
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# United States of America
## United States Patent and Trademark Office

# BUNCHO

**Reg. No. 6,086,014**
**Registered Jun. 23, 2020**
**Int. Cl.: 28**
**Trademark**
**Principal Register**

ZURU (SINGAPORE) PTE. LTD (SINGAPORE PRIVATE LIMITED COMPANY)
1003 Bukit Merah Central
#06-07
Singapore, VIRGINIA 159836

CLASS 28: Toys, namely, collectible toy figures in the nature of plastic character toys and plush toys; toy models; toy figures; molded plastic toy figurines in the nature of toy animal figurines; character toys, namely, fantasy character toys and plastic character toy monsters; toy vehicles; outfits for toys, namely, articles of clothing for toys; collector cases for toys, namely, cases for action figures; clothes for toys, namely, articles of clothing for toys; glasses for toys, namely, articles of clothing for toys; toy furniture; toy food, namely, modeled plastic toy figurines; toy weapons in the nature of toy guns and toy pistol; Games, namely, board games, card games, and arcade games; Playthings, namely, toy scooters and bean bag toy animals; toys comprising and including fluid fillable containers, namely, balloons; amusements and novelties, namely, paper party favors and fake teeth; play equipment, namely, jungle gyms, and toy action figures and accessories therefor; play sets for action figures

FIRST USE 8-30-2014; IN COMMERCE 8-30-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4709630

SER. NO. 87-352,108, FILED 02-28-2017



Director of the United States
Patent and Trademark Office



**EXHIBIT 2**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-935-444**

**Effective date of registration:**

December 18, 2014

---

## Title
**Title of Work:** Bunch O Balloons

## Completion/Publication
**Year of Completion:** 2014
**Date of 1st Publication:** August 29, 2014   **Nation of 1st Publication:** United States

## Author
- **Author:** Joshua Malone
  **Author Created:** sculpture

  **Citizen of:** United States   **Domiciled in:** United States
  **Year Born:** 1973

## Copyright claimant
**Copyright Claimant:** Tinnus Enterprises
3429 18th St, Plano, TX, 75074, United States
**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** Tinnus Enterprises
**Email:** info@tinnus.com
**Address:** 3429 18th St
Plano, TX 75074 United States

## Certification
**Name:** Joshua Malone
**Date:** December 18, 2014

Page 1 of 1

Title: Bunch O Balloons



Front View

8.25 inches

Top View

Bottom View

Variation 1