# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ZURU (SINGAPORE) PTE., LTD.; ZURU LLC; ZURU INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No.: |
| v. | ) ) | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**SCHEDULE A TO COMPLAINT -** ***PROVISIONALLY FILED UNDER SEAL***