**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ZURU (SINGAPORE) PTE, LTD.; ZURU LLC; and ZURU INC., | ) ) ) |
| Plaintiffs, | ) Case No. 21-cv-2027 ) ) Hon. Steven C. Seeger |
| v. | ) ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**FINAL JUDGMENT ORDER**

THIS CASE having been commenced by ZURU (SINGAPORE) PTE., LTD., ZURU LLC, and ZURU INC. (collectively "Plaintiffs") against the Defendants identified on the First Amended Schedule A (collectively, the "Defaulting Defendants") and using at least the domain names identified in the First Amended Schedule A (the "Defaulting Defendant Domain Names") and the online marketplace accounts identified in the First Amended Schedule A (the "Defaulting Online Marketplace Accounts"), and Plaintiffs having moved for entry of Default and Default Judgment against the Defaulting Defendants;

This Court having entered, upon a showing by Plaintiffs, a temporary restraining order and preliminary injunction against Defaulting Defendants that included a domain name transfer order and asset restraining order;

Plaintiffs having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or email, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the

1

pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT FURTHER FINDS that it has personal jurisdiction over the Defaulting Defendants because the Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois, offering to sell and ship products into this Judicial District. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can purchase products bearing counterfeit versions of products utilizing either one or both of the BUNCH O BALLOONS Trademark, U.S. Trademark Registration No.: 4709630, and/or BUNCHO Trademark, U.S. Trademark Registration No.: 60860134 (together, the "BUNCH O BALLOONS Trademarks") and/or copyrights covered by U.S. Copyright Office Registration No. VA 1-935-444 (the "BUNCH O BALLOONS Copyright Registration");

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), copyright infringement (17 U.S.C. § 101 et seq.), and/or violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.);

IT IS HEREBY ORDERED that Plaintiffs' Motion for Entry of Default and Default Judgment is GRANTED as stated in this Final Judgment Order, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

Accordingly, this Court ORDERS that:

1.  Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a.  using Plaintiffs' BUNCH O BALLOONS Trademarks, BUNCH O BALLOONS Copyright Registration, or any reproductions,

        counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine BUNCH O BALLOONS product or not authorized by Plaintiffs to be sold in connection with Plaintiffs' BUNCH O BALLOONS Trademarks and/or BUNCH O BALLOONS Copyright Registration;

b.    passing off, inducing, or enabling others to sell or pass off any product as a genuine BUNCH O BALLOONS product or any other product produced by Plaintiffs, that is not Plaintiffs' or not produced under the authorization, control, or supervision of Plaintiffs and approved by Plaintiffs for sale under Plaintiffs' BUNCH O BALLOONS Trademarks and/or BUNCH O BALLOONS Copyright Registration;

c.    committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs;

d.    further infringing Plaintiffs' BUNCH O BALLOONS Trademarks and/or BUNCH O BALLOONS Copyright Registration and damaging Plaintiffs' goodwill;

e.    shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear any of Plaintiffs' BUNCH O BALLOONS Trademarks and/or BUNCH O BALLOONS Copyright Registration

        or any reproductions, counterfeit copies, or colorable imitations thereof;

    f.    using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means by which Defendants could continue to sell counterfeit BUNCH O BALLOONS products; and

    g.    operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing Plaintiffs' BUNCH O BALLOONS Trademarks and/or BUNCH O BALLOONS Copyright Registration or any reproductions, counterfeit copies, or colorable imitations thereof that is not a genuine BUNCH O BALLOONS product or not authorized by Plaintiffs to be sold in connection with Plaintiffs' BUNCH O BALLOONS Trademarks and/or BUNCH O BALLOONS Copyright Registration.

2.    The domain name registries for the Defaulting Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall, at Plaintiffs' choosing:

    a.    unlock and change the registrar of record for the Defaulting Defendant Domain Names to a registrar of Plaintiffs' selection until further ordered by this Court, and the domain name registrars shall take any steps necessary to transfer the Defaulting Defendant

      Domain Names to a registrar of Plaintiffs' selection until further ordered by this Court; or

   b. disable the Defaulting Defendant Domain Names and make them inactive and untransferable until further ordered by this Court.

3. Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as Wish, PayPal, or Payoneer, social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defaulting Defendant Domain Names, and domain name registrars, shall within three (3) business days of receipt of this Order:

   a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the BUNCH O BALLOONS Trademarks and/or Copyright Registration, including any accounts associated with the Defaulting Defendants listed on the First Amended Schedule A;

   b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the BUNCH O BALLOONS Trademarks and/or Copyright Registration; and

   c. take all steps necessary to prevent links to the Defaulting Defendant Domain Names identified on the First Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defaulting Defendant Domain Names from any search index.

4. PayPal, Inc. ("PayPal") and its related companies and affiliates shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting

5

Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

5. ContextLogic Inc. ("Wish") and its related companies and affiliates shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

6. Payoneer and its related companies and affiliates shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7. Pursuant to 15 U.S.C. § 1117 and 17 U.S.C. § 504, Plaintiffs are awarded statutory damages from each of the Defaulting Defendants in the amount of five thousand dollars ($5,000.00).

8. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by PayPal, Wish and Payoneer are hereby released to Plaintiffs as partial payment of the above-identified damages, and PayPal, Wish, and Payoneer are ordered to release to Plaintiffs the amounts from Defaulting Defendants' accounts within ten (10) business days of receipt of this Order.

9. Until Plaintiffs have recovered full payment of monies owed by any Defaulting Defendant, Plaintiffs shall have the ongoing authority to serve this Order on PayPal, Wish, and Payoneer in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, PayPal, Wish, and Payoneer shall within five (5) business days:

    a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or

      Defaulting Defendants' websites, including, but not limited to, any accounts;

  b. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

  c. Release all monies restrained in Defaulting Defendants' accounts to Plaintiffs as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

10. Until Plaintiffs have recovered full payment of monies owed by any Defaulting Defendant, Plaintiffs shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within five (5) business days:

  a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites, including, but not limited to, any accounts;

  b. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

  c. Release all monies restrained in Defaulting Defendants' accounts to Plaintiffs as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

11. In the event that Plaintiffs identify any additional online marketplace accounts, domain names, or financial accounts owned by Defaulting Defendants, Plaintiffs may send notice of any supplemental proceeding to Defaulting Defendants by email at the email addresses

identified by Plaintiffs and any email addresses provided for Defaulting Defendants by third parties.

12. Plaintiffs can seek a release of the bond when the Court resolves the case as a whole, including the claims against the non-defaulting defendants.

Date: August 11, 2021

Steven C. Seeger
United States District Judge

**FIRST AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendant | Defendant Online Marketplace / Defendant Domain Name |
|---|---|---|
| 1 | 3073961711 | https://www.wish.com/merchant/56d94f331743bc169ceca90a |
| 2 | 3445562713 | https://www.wish.com/merchant/5911948c2da1ba76b00caad3 |
| 3 | 123style | https://www.wish.com/merchant/594dc2ff20d56c6c66b28e14 |
| 4 | 15921215567@163.com | https://www.wish.com/merchant/5894291f7fca3d52ab315928 |
| 5 | 18228129733@163.com | https://www.wish.com/merchant/5872f6aba35cef4cb64a3676 |
| 6 | 711season | https://www.wish.com/merchant/5965d5b87fe241188dfb1b36 |
| 7 | absorb | https://www.wish.com/merchant/591a71904d43577f225d5144 |
| 8 | Accessories Factory | https://www.wish.com/merchant/56cbe3a1caa89b3756f2c340 |
| 9 | acquire | https://mama.wish.com/merchant/591a767471a2f24617a511a1 |
| 10 | AdenXu Store | https://www.wish.com/merchant/58b67d22930ac637b14a9170 |
| 11 | aieiyi | https://www.wish.com/merchant/58fa376deb47192c95951782 |
| 12 | Airsuncreativegrocerystore | https://www.wish.com/merchant/5aa8c2f04f6b495ba86852a9 |
| 13 | aishangmaoyiyouxiangongsi | https://www.wish.com/merchant/5735ddabbf123b5b50960a45 |
| 14 | Alibobostore | https://www.wish.com/merchant/593d377845f205217ede88e5 |
| 15 | Alifance | https://www.wish.com/merchant/57723819d4d01174156526b6 |
| 16 | allshopnow | https://www.wish.com/merchant/590fecac980a343e9723c00c |
| 17 | All-Well | https://www.wish.com/merchant/57c0050c23f1933cd6174db1 |
| 18 | Almost Lover | https://www.wish.com/merchant/5631df2610f4310ffb2a85a9 |
| 19 | AMAZ1 | https://www.wish.com/merchant/58fdaff586269a10f03ee5fb |

9

| No. | Defendant | Defendant Online Marketplace / Defendant Domain Name |
|---|---|---|
| | | |
| 21 | anee | https://www.wish.com/merchant/58e1f05a1a4f2852dfb1ec99 |
| 22 | anleolife | https://www.wish.com/merchant/585398a1810891208ef3dfc8 |
| 23 | AnselParty | https://www.wish.com/merchant/58b92bdc38a8ba587e943008 |
| 24 | AQWxhYG | https://www.wish.com/merchant/58f47d6bb6222e11925a4066 |
| 25 | asdjcjkn | https://www.wish.com/merchant/57b2f5c382843e22d035c865 |
| 26 | Audreier | https://www.wish.com/merchant/56f4002e7e1b3b587a24f229 |
| 27 | avenue | https://www.wish.com/merchant/592e83b64e43b34673bc0075 |
| 28 | Avilayema | https://www.wish.com/merchant/5b73ff0fecc45d287d259c5e |
| 29 | babyxiaotu2013 | https://geek.wish.com/merchant/577d10715f096a2c49fdb0d1 |
| | | |
| 31 | baoxiaoxiao | https://www.wish.com/merchant/5a6494621696095d51a7d61d |
| 32 | Barbara Lee | https://www.wish.com/merchant/579622ec54acde6eb2ad843e |
| 33 | Barton88 Shop | https://www.wish.com/merchant/57948edd661e332e3cc493e0 |
| 34 | Beautiful To encounter | https://www.wish.com/merchant/5b49afa8eb8cff54a28873c8 |
| 35 | Beauty Shoppes | https://www.wish.com/merchant/53f5a0901f506362263db421 |
| 36 | BEIBEIGLASS.SUN | https://www.wish.com/merchant/58516075e18c0f7fa8259fb9 |
| | | |
| 38 | Best one for you | https://www.wish.com/merchant/56c6dbc3abb774435e18d87a |
| | | |
| 40 | bestfeeling | https://www.wish.com/merchant/58f6089dd0237707b7dd942d |
| | | |

10

| No. | Defendant | Defendant Online Marketplace / Defendant Domain Name |
|---|---|---|
| 42 | betterlover | https://www.wish.com/merchant/58a44f258eb6320e78efb561 |
| 43 | bhdsnadeuhdks | https://www.wish.com/merchant/598c2391b771737411b09094 |
| 44 | BigArmy | https://www.wish.com/merchant/577d12e04736e474a66675d9 |
| 45 | biqun | https://www.wish.com/merchant/57767d591f67d676eeec99ba |
| 48 | Blazing | https://www.wish.com/merchant/562ce6fe8664431006a6a824 |
| 50 | boncncn | https://geek.wish.com/merchant/581ab2a7d8ef78422ad50078 |
| 51 | Budicoolmarket | https://www.wish.com/merchant/5975f22a4b913a2071a1f8fe |
| 52 | BUFYHAOSHIGUANG | https://www.wish.com/merchant/5a9406c3b9605f10e23fa3d4 |
| 53 | bumin-technology | https://www.wish.com/merchant/57a1bbb4b44e4d0f5551b979 |
| 54 | buy everything | https://www.wish.com/merchant/58b928c91d7aec504d2723e7 |
| 55 | caijin | https://www.wish.com/merchant/567d199c3a94cd26aa42bf78 |
| 58 | Caster | https://geek.wish.com/merchant/591d01f9cf98501fbdbbaeb9 |
| 59 | Changqi116 | https://www.wish.com/merchant/5aa64e8bddf45b5b61e715f5 |
| 60 | chaobaobei | https://www.wish.com/merchant/5af00fb8e9b7234faee109ba |
| 61 | chaogefushi | https://www.wish.com/merchant/58be9e7c36a2c25339a98bbb |
| 62 | Charles222333 | https://www.wish.com/merchant/57b13fb9712066616c34255f |
| 63 | CheapBuy | https://www.wish.com/merchant/55c06e36ea526c7156bc9fea |

11

| No. | Defendant | Defendant Online Marketplace / Defendant Domain Name |
|---|---|---|
| 64 | CHEBYU | https://www.wish.com/merchant/5ab468502c49567049ff1e97 |
| | | |
| 66 | cherished father | https://www.wish.com/merchant/592eac707911b451b095f0e5 |
| 67 | China_City | https://www.wish.com/merchant/584652956339b428e42c05da |
| 68 | CHONGWEI | https://geek.wish.com/merchant/58a30ec8c105706e7e036b05 |
| | | |
| 70 | ckchlc | https://www.wish.com/merchant/5a83e4c1abef955af7351b02 |
| | | |
| 72 | Cloth point | https://www.wish.com/merchant/58e38ad24b9f060f82288145 |
| 73 | clothesfish | https://www.wish.com/merchant/57945b058039906efa0f3448 |
| 74 | CloverLover | https://www.wish.com/merchant/5848c16c68eb840a4efe971e |
| | | |
| 76 | copycard | https://www.wish.com/merchant/59133b2d51060856d2867004 |
| 77 | Cost-effective | https://www.wish.com/merchant/572076cb86060859234034fb |
| 78 | COSYSUN | https://www.wish.com/merchant/58086daea46fa33730a17161 |
| | | |
| 80 | Crystal Qian Tong | https://www.wish.com/merchant/565f9e2ad8535c2388eb2398 |
| 81 | Cultural Transmission | https://www.wish.com/merchant/57860c8efe80a40325ee51a8 |
| 82 | CY6688 | https://www.wish.com/merchant/5821a5b7dd99164554e2df06 |
| 83 | dadashitaozi | https://www.wish.com/merchant/58aecd6e96f1bb07e9e0da21 |
| 84 | David fashion women's franchise stores | https://www.wish.com/merchant/58627f568d3b114cb0847c9a |
| 85 | Davis Mart | https://www.wish.com/merchant/578e4a72cff6ed0edd8408b2 |

| No. | Defendant | Defendant Online Marketplace / Defendant Domain Name |
|---|---|---|
| 86 | dayingmaoyiyouxiangongsi | https://www.wish.com/merchant/53eb061b1f50634537650266 |
| 87 | DAYISS | https://www.wish.com/merchant/53eb061b1f50634537650266 |
| 88 | DBNO1 | https://www.wish.com/merchant/57b184990f9aaf213d5af1c7 |
| | | |
| 90 | Dear John | https://www.wish.com/merchant/56443b085829021404c11020 |
| 91 | degreharge | https://www.wish.com/merchant/561331deb307de02374f64b7 |
| 92 | dengdai | https://www.wish.com/merchant/591d8b7c2a87417ae6bd243b |
| 93 | Diana Michael | https://www.wish.com/merchant/570e6684a995b55b836323ea |
| 94 | Ding05741 | https://www.wish.com/merchant/5af11b507824ca69bace7018 |
| 95 | donni | https://geek.wish.com/merchant/582dac5d15914503e6b6f3b0 |
| 96 | Dream | https://www.wish.com/merchant/5369be487360467cdceb5f66 |
| 97 | d'vrvsvrbstttsr | https://www.wish.com/merchant/5621f4bd931ea93c026b2207 |
| 98 | e_box | https://www.wish.com/merchant/537e0b625aefb02e8112ada4 |
| 99 | Earth Global Sale | https://www.wish.com/merchant/565d789d13354e39ef414034 |
| 100 | Eastern Corridor | https://www.wish.com/merchant/5847cd92fef409255ce0d22c |
| 101 | Easy Shopping St. | https://www.wish.com/merchant/591c21af864e5c1a15d4c4cb |
| 102 | easystrade168 | https://www.wish.com/merchant/54007b2a7f086e1bffac1249 |
| 103 | EI-Around | https://www.wish.com/merchant/544cd6f15f313f774a78d205 |
| 104 | ELEVENSON | https://www.wish.com/merchant/58e36286311dcf0f903d8979 |
| 105 | Elizabethers | https://www.wish.com/merchant/578ce60cac98450b89175193 |
| 106 | emilyandlily | https://www.wish.com/merchant/58d37de4b9675312e270d4b4 |
| 107 | Enjoy Your JJ 's Store | https://www.wish.com/merchant/58f2f25e3a998911902b604e |

13

| No. | Defendant | Defendant Online Marketplace / Defendant Domain Name |
|---|---|---|
| 108 | enjoymychildhood | https://www.wish.com/merchant/5979a75d1719745f2c96fabb |
| 109 | ENSOO | https://www.wish.com/merchant/56f4fb66542cd86927c56bfc |
| 110 | etaoline | https://www.wish.com/merchant/56e8cdad71317d5890d082bc |
| | | |
| 112 | Eyourself | https://www.wish.com/merchant/58a2aa3e51929b50e46fc2bc |
| 113 | eyt888 | https://www.wish.com/merchant/5852b7dce788116a2ccbe4a0 |
| 114 | facaishu | https://www.wish.com/merchant/5911840e4b5a470ad6875726 |
| 115 | FairyGarden | https://www.wish.com/merchant/555ff522a4efd118c9f91f3f |
| 116 | Fancymap | https://www.wish.com/merchant/59549e7d8635f01ee65f48f4 |
| 117 | Fang Hong | https://www.wish.com/merchant/58e4e5738c8ebc0f9025af75 |
| 118 | farrokh15 | https://www.wish.com/merchant/58a01f7c6e6f064fef883fb8 |
| 119 | Fashion Cathy | https://www.wish.com/merchant/5505085b04136a093ffbbf26 |
| 120 | Fashion Damon House | https://www.wish.com/merchant/57395e262dd37c5919519634 |
| 121 | Fashion electronic business | https://www.wish.com/merchant/5721fbb0108fe0591f5475c6 |
| 122 | Fashion Frontier | https://www.wish.com/merchant/564038c501497c125ebb43fb |
| 123 | Fashion Industrial Ltd | https://www.wish.com/merchant/558e8d8f1c263f40235ea5d3 |
| 124 | Fashion Monkey | https://www.wish.com/merchant/547d6c355c47450f67c70754 |
| | | |
| 126 | Fashion Supply for the word | https://www.wish.com/merchant/55bed80eb07d69424b687128 |
| 127 | fashionstar999 | https://www.wish.com/merchant/55c22b4d2fe612440c74e321 |
| 128 | fasi | https://www.wish.com/merchant/569c7808e27e770dd1e11b0a |

14

| No. | Defendant | Defendant Online Marketplace / Defendant Domain Name |
|---|---|---|
| 130 | fineandcheapshoes | https://www.wish.com/merchant/58ce533cb8aa7150637bb0ed |
|  |  |  |
| 132 | Florence Fashion | http://www.wish.com/merchant/54ade91ad630ed301b22de38 |
| 133 | Florence trade co., LTD | https://www.wish.com/merchant/53c35ceb4497c52ef2c89027 |
| 134 | Flying Pig A | https://www.wish.com/merchant/58551594781ebe54336ec2e8 |
| 135 | Flying Winger | https://www.wish.com/merchant/5780e70dd5927911c7ffbc73 |
| 136 | flysky | https://www.wish.com/merchant/5539a2d87d156e1a7946b4db |
|  |  |  |
| 138 | foerteng trade | https://www.wish.com/merchant/56a09f409f94d60e04356eee |
| 139 | Freesion Fashion Shop | https://www.wish.com/merchant/536afc085aefb037153550a8 |
| 140 | fujianshengningdeshifuanshiwanwugongyejizhongqubanyucun256dong2ceng202 | https://www.wish.com/merchant/5b04f0740128754d03b16986 |
| 141 | FunandFashion | https://www.wish.com/merchant/58f091971a8d486f6544db5c |
| 142 | gang | https://www.wish.com/merchant/549855f4b9cb923642b05f89 |
| 143 | Gentlemen should get it in the right way | https://geek.wish.com/merchant/5838426b61b4011bc4b35689 |
| 144 | GL | https://www.wish.com/merchant/53facca81c105e3d5866e212 |
| 145 | God of darkness | https://www.wish.com/merchant/5715dfb227eb415951dc8db4 |
| 146 | Godhorsewholesale | https://www.wish.com/merchant/5abc9a95823a3e27a01e0933 |
| 147 | gonglili | https://www.wish.com/merchant/58cbd21527e5430a516b3467 |
| 148 | GOOD | https://www.wish.com/merchant/5587f36b7356593f8a5197f6 |
| 149 | goodluckstar | https://www.wish.com/merchant/59f97e798cf0ed2ea7a2cb37 |
| 150 | goodservicezeng | https://www.wish.com/merchant/58c39ae2b84d8f5066cd9760 |
| 151 | Gooshopping | https://www.wish.com/merchant/58cd062e8412c12d106f0a93 |

15

| No. | Defendant | Defendant Online Marketplace / Defendant Domain Name |
|---|---|---|
| 152 | GOYA | https://www.wish.com/merchant/58a3f1ca23134953f9e516cf |
| 153 | Great Trading Co., Ltd. | https://www.wish.com/merchant/55d80fc1120fe7103286219f |
| 154 | GreenShoppingStore | https://www.wish.com/merchant/5a0120f48cf0ed7ce919b376 |
| 155 | Guangdong Ocean Department Store | https://www.wish.com/merchant/57b464b87bd03743f6001df1 |
| 156 | guliang321123 | https://www.wish.com/merchant/58562c11bd77314ca92c6e6d |
| 157 | gWHDStore | https://www.wish.com/merchant/5b2a24c8c6025e25682d3980 |
| 158 | hailinzhu | https://www.wish.com/merchant/59119cbf2da1ba7da80c9730 |
| 159 | haitianxiangjie | https://www.wish.com/merchant/5926d26ee8ff5524d01b3976 |
| 160 | Haiyan Shop | https://www.wish.com/merchant/572d4d043a698c226f151e95 |
| 161 | hallocute | https://www.wish.com/merchant/572815761c36f75926f61dba |
| 162 | Han Yu Store | https://www.wish.com/merchant/5853c85e4949434d8c7ff7f0 |
| 163 | Handsome Store | https://www.wish.com/merchant/571b70e0e7cd90591d9b0530 |
| 164 | Hangzhou Jun Peng Agel Ecommerce Ltd | https://www.wish.com/merchant/561b39191f1ffb0f547dae51 |
| 165 | Happiness Life 123 | https://www.wish.com/merchant/58bf441d22353f15a68eb50a |
| 166 | Happy girl shop | https://www.wish.com/merchant/583ebee7e88f6374c273f554 |
| 167 | Happy shopping store17 | https://www.wish.com/merchant/58948b0c61fa7551b01a87a3 |
| 168 | Happy_AINKIN | https://www.wish.com/merchant/59fc101668788b0da7674608 |
| | ████████████████████ | |
| 170 | Have a beautiful life for you | https://www.wish.com/merchant/58e24d7e0772595416a71678 |
| 171 | heanshangmo@163.com | https://www.wish.com/merchant/584818a6fef4092549e0e74e |
| 172 | Heimeigui | https://www.wish.com/merchant/5a9f98f240626a264f7ae5b3 |
| 173 | hengming | https://www.wish.com/merchant/57302370dd61775957a21f9e |

| No. | Defendant | Defendant Online Marketplace / Defendant Domain Name |
|---|---|---|
| 174 | Highrank | https://www.wish.com/merchant/591da13f864e5c4a4108a25d |
| 175 | HimalayaMall | https://www.wish.com/merchant/58ef2e870d27561209654e1d |
| 176 | Himanjie Brand Flag Store | https://www.wish.com/merchant/5791dcccab40626fafc295ac |
| 177 | Hope Fashion | https://www.wish.com/merchant/563b1a50fc2b6438232678df |
| 178 | hope is the best | https://www.wish.com/merchant/58cde968817b6a505bc34d92 |
| 179 | hopesa | https://www.wish.com/merchant/5b0e71adc258695f6d7b448c |
| 180 | hua yong international trade | https://www.wish.com/merchant/57972200cff6ed058d76d27d |
| 181 | Huairong Co., Ltd | https://www.wish.com/merchant/554567e445978a4eb9a8817a |
| 182 | huazhiyun | https://www.wish.com/merchant/58ec983fd2812f143fa139a9 |
| 183 | hufen811 | https://geek.wish.com/merchant/58a42df205b2f9716f02b4a3 |
| 184 | Humidity-Yuni | https://www.wish.com/merchant/57860a9d16b28942fd9765fa |
| | | |
| 186 | hxy2017 | https://www.wish.com/merchant/592a64cedf32ca5e3e9e2d41 |
| 187 | If the world is only so big | https://www.wish.com/merchant/584529795291914d65deb3f9 |
| 188 | IIcebeauty | https://www.wish.com/merchant/58db83425c293152b2a4f232 |
| 189 | Imagination creativity | https://www.wish.com/merchant/56e6a5a221790d584f23b469 |
| 190 | Imakeup | https://www.wish.com/merchant/582ed9d582c7bb7d8f936f28 |
| 191 | Interstellar | https://www.wish.com/merchant/54839ee7223ebf24b69ed903 |
| 192 | INvench | https://www.wish.com/merchant/5977f778776ab946680f2b93 |
| 193 | ITSYH Shop | https://www.wish.com/merchant/5745bc73ea11865cae08a480 |
| 194 | Jacky Mall | https://www.wish.com/merchant/54570f695f313f075def2b3d |
| 195 | Jeff Demi | https://www.wish.com/merchant/578e4d286a303a0edb755c9e |

| No. | Defendant | Defendant Online Marketplace / Defendant Domain Name |
|---|---|---|
| 196 | Jely's House | https://www.wish.com/merchant/555ea6bab730872422f13e77 |
| 197 | JFDStore | https://www.wish.com/merchant/58b684580c269a37f12490e8 |
| 198 | JHAJSFBS | https://www.wish.com/merchant/550293821c36ca3ee40fcef7 |
| 199 | jiahui | https://www.wish.com/merchant/57879e0209ce0919dababf3d |
| 200 | Jiaqee fashion | https://www.wish.com/merchant/585f637334de6c4d5a03309b |
| 201 | jiaxiaoyu1 | https://www.wish.com/merchant/5949d37720d56c71881cff4a |
| 202 | JIEhao98 | https://www.wish.com/merchant/5a83c03aa6bf7a4873f1dfcb |
| 203 | JINSUIZHAO7300 | https://www.wish.com/merchant/5b28f3a37752c8740ec77e78 |
| 204 | jinzhenzhao | https://www.wish.com/merchant/58b119a8c701e05302d42372 |
| 205 | joongi | https://geek.wish.com/merchant/583baecdfef4092fe101c8af |
| 208 | jumeihuipindianzishangwuyouxiangongsi | https://www.wish.com/merchant/5505c95502873d09544f788e |
| 209 | june_lee | https://www.wish.com/merchant/56a1dadf306acf1ba4d2fc2a |
| 210 | KaChun Jewelry | https://www.wish.com/merchant/55efb9a84e31f74275f31837 |
| 211 | kaigelishop | https://www.wish.com/merchant/58ede55fca1ebd5e6a25e0da |
| 212 | kaijian-shop | https://www.wish.com/merchant/591fec5f4d43575ec9cd3603 |
| 213 | kaixinmeiyitian | https://www.wish.com/merchant/5685e86f5fa9ee26c7645f88 |
| 214 | kasiqi | https://www.wish.com/merchant/58f1994808374b163e2fa52f |
| 215 | Kobeton Technology Co., Ltd | https://www.wish.com/merchant/54991bc940b3786d08a15f5e |
| 216 | Kolawole | https://www.wish.com/merchant/571a19276c39b15a839d986c |
| 217 | LaiXuDong | https://geek.wish.com/merchant/547ed4e8223ebf3101c04d00 |

| No. | Defendant | Defendant Online Marketplace / Defendant Domain Name |
|---|---|---|
| 218 | Lalinsun Mall | https://www.wish.com/merchant/57bef21c5f26cc390fc8d2b9 |
| 220 | LDU supermarket | https://www.wish.com/merchant/5586aa5613702b3f7728894b |
| 221 | leijiqiongsi | https://www.wish.com/merchant/58f0aba96fbd1d71437abdca |
| 222 | Leslie Tony Seeds | https://www.wish.com/merchant/53ffd7ee7f086e1c02ac000e |
| 223 | lezze.Co. Ltd | https://www.wish.com/merchant/552d1ea4e713200c0b3f213c |
| 224 | LIAOCONGBING | https://geek.wish.com/merchant/587ba7a046ff146c7813b30f |
| 225 | liaomingyan | https://www.wish.com/merchant/584562dd7f6c0d4ca7357997 |
| 226 | licongmin | https://www.wish.com/merchant/593a82bb25c4f53339831e02 |
| 227 | lighthome | https://www.wish.com/merchant/58355b07d914f555d53d4954 |
| 228 | lighting 365 | https://www.wish.com/merchant/547f2d5db9cb923981abec6d |
| 229 | lihaigang | https://www.wish.com/merchant/59327bc179cd775a9a891b86 |
| 230 | lihanhan | https://www.wish.com/merchant/58d8af0ad687a652988eab06 |
| 231 | Lihua department store | https://www.wish.com/merchant/58a55af45715a3504701e782 |
| 232 | lilda | https://www.wish.com/merchant/58f18e3d8a60c31a117da68b |
| 233 | liliufei | https://www.wish.com/merchant/5847c6fba55ed24d317b70ca |
| 234 | lilygogo | https://geek.wish.com/merchant/547d5f9b34719111aa6db6c0 |
| 236 | Lingling home | https://www.wish.com/merchant/57afe7f11ec1891949ea68f3 |
| 237 | little issalee | https://www.wish.com/merchant/58424fefd269e94f8c96e921 |
| 238 | liucuan | https://www.wish.com/merchant/58ef5433c1c94c15758e2bee |
| 239 | liuhubiao | https://www.wish.com/merchant/58a290d35d93de51d1ce05dd |

| No. | Defendant | Defendant Online Marketplace / Defendant Domain Name |
|---|---|---|
| 240 | liusichao88 | https://www.wish.com/merchant/577fb0372dc1d21632867618 |
| 241 | liusuichen | https://geek.wish.com/merchant/58df727f751d2b52b6dbfbd0 |
| 242 | | |
| 243 | liuyandian | https://geek.wish.com/merchant/572c6081bd6bc26d081e02da |
| 244 | liuyunjie1-store | https://www.wish.com/merchant/58e9d59ebaba0410619bbeae |
| 245 | LIVE-baby | https://www.wish.com/merchant/574451280d599f5960a0cee5 |
| 246 | lixiaqwert | https://www.wish.com/merchant/5b124830daac4566cc2a05d8 |
| 247 | LJYshop | https://www.wish.com/merchant/58721f2ad3ecd16e69f69089 |
| 248 | lnvenno | https://mama.wish.com/merchant/584d3541d588b44d67aab932 |
| 249 | Longlo | https://www.wish.com/merchant/58bba7b34ff75b530bab69b3 |
| 250 | longyangyang | https://www.wish.com/merchant/5800c0942fa7a91a7cc5220a |
| 251 | looock | https://www.wish.com/merchant/583ffa7a168b5427a53df56e |
| 252 | love cat bag | https://www.wish.com/merchant/53b7832ed9113922bf5bbd93 |
| 253 | Love Life 100 | https://www.wish.com/merchant/56fbce245cbb5a55c7d422b1 |
| 254 | | |
| 255 | lovelybear2017@163.com | https://www.wish.com/merchant/5961fa359579d8349c089591 |
| 256 | lqq270799166@163.com | https://www.wish.com/merchant/582e434ce88f637cb326f724 |
| 257 | lubaoerlulu | https://geek.wish.com/merchant/5805d706fcc658195d23208b |

20